IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:05CV52

| | |
|---|---|
| JOHN C. DEBONIS )<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>H. RAY PRIEST )<br>    **Defendant.** )<br>_____ ) | **O R D E R** |

**THIS MATTER IS BEFORE THE COURT** on the "Plaintiff's Motion to Disqualify Counsel" (Document No. 7) and the "Memorandum of Law in Support of Motion to Disqualify Counsel" (Document No. 8), both filed March 11, 2005; the "Defendant's Response to Motion to Disqualify Counsel" (Document No. 11), filed April 7, 2005; and "Plaintiff's Reply to Response to Motion to Disqualify Counsel" (Document No. 13), filed April 15, 2005. For the reasons set forth in the hearing held Monday, May 23, 2005, the undersigned will grant the Motion to Disqualify Counsel.

**IT IS, THEREFORE, ORDERED** that the "Plaintiff's Motion to Disqualify Counsel" is hereby **GRANTED**.

**Signed: May 23, 2005**

David C. Keesler
United States Magistrate Judge