**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:05-CV-52-K**


**JOHN C. DEBONIS,**

          **Plaintiff,**

**vs.**

**H. RAY PRIEST,**

      .      **Defendant.**

_____

## ORDER

      THIS MATTER came on before the Court upon the filing of a stipulation of dismissal signed by all parties who appeared in this action. For good cause shown, the Court allows and orders this matter to be voluntarily dismissed by the Plaintiff without prejudice.

      IT IS SO ORDERED.


          Signed: March 2, 2006


          _____
          David C. Keesler
          United States Magistrate Judge